UNITED STATES DISTRICT COURT  **CLOSED**
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NANCY KRRYWDA | : | |
| | : | |
| Plaintiff,(s) | : | Civil 09-6211   (DRD) |
| | : | |
| v. | : | Order for Dismissal |
| | : | Pursuant to F.R. Civ. P.4(m) |
| PRESSLER & PRESSLER, L.L.P. | : | |
| | : | |
| Defendant, | : | |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 3rd day of MAY, 2010

O R D E R E D that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
Dickinson R. Debevoise
United States District Court Judge